UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                         §
                                               §
WILLIAMS-HOLLAND, CONTESSA M                   §        Case No. 13-46546 JSB
                                               §
               Debtor                          §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on 12/03/2013 .  The undersigned trustee was appointed on  12/03/2013 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of          $          37,500.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 14,290.57 |
| Bank service fees | 15.73 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]          $           8,193.70

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was  06/08/2016  and the deadline for filing governmental claims was  06/08/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,753.49 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,753.49 , for a total compensation of $ 2,753.49 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 01/12/2017                          By:/s/ANDREW J. MAXWELL, TRUSTEE
                                               Trustee




**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     1

Exhibit A

| Case No: | 13-46546 | JSB | Judge: JANET S. BAER |
|---|---|---|---|
| Case Name: | WILLIAMS-HOLLAND, CONTESSA M | | |

For Period Ending:  01/12/17

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 12/03/13 (f) |
| 341(a) Meeting Date: | 01/22/14 |
| Claims Bar Date: | 06/08/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECHING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| Chase Checking Account | | | | | |
| 2. CHECKING | 0.00 | 0.00 | | 0.00 | FA |
| Chase Checking Account | | | | | |
| 3. CHECKING | 0.00 | 0.00 | | 0.00 | FA |
| Chase Checking Account | | | | | |
| 4. Security Deposits | 1,050.00 | 0.00 | | 0.00 | FA |
| Security Deposit with landlord | | | | | |
| 5. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| Used Furiture | | | | | |
| 6. Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| Used clothing | | | | | |
| 7. Vehicles | 14,275.00 | 0.00 | | 0.00 | FA |
| 2011 Ford Tauras (60,000 Miles) | | | | | |
| 8. PI CLAIM (u) | 0.00 | 37,500.00 | | 37,500.00 | FA |
| Unscheduled Personal Injury Case | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $16,225.00            $37,500.00                    $37,500.00            $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST 1/6/2017

Motion to approve settlement filed 9.27.16, noticed for 10.19.16 (granted 10/19 waiting for funds)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit A

| | | |
|---|---|---|
| Case No: | 13-46546    JSB   Judge: JANET S. BAER | |
| Case Name: | WILLIAMS-HOLLAND, CONTESSA M | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 12/03/13 (f) |
| 341(a) Meeting Date: | 01/22/14 |
| Claims Bar Date: | 06/08/16 |

special counsel trying to resolve of tort case 3-16

initial report of assets filed 2-16; only asset known is the PI case

reopened by UST late Dec 2015 to administer unscheduled PI case

special counsel employed by estate to pursue PI case

this was a case reopened 12/29/2015 to administer an unscheduled tort claim


Initial Projected Date of Final Report (TFR): 12/31/17          Current Projected Date of Final Report (TFR): 03/31/17

FORM 2

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 13-46546  -JSB |
| Case Name: | WILLIAMS-HOLLAND, CONTESSA M |
| | |
| Taxpayer ID No: | *******7098 |
| For Period Ending: | 01/12/17 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2904  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 11/18/16 | 8 | EMC INSURANCE<br>1815 S MEYERS RD STE 500<br>OAKBROOK TERRACE IL 60181 | PI CASE FUNDS | | 1242-000 | 37,500.00 | | 37,500.00 |
| 11/22/16 | 010001 | Edie Holland<br>GOTTREICH & GRACE<br>200 W. Superior Street, Suite 210<br>Chicago, IL 60654<br>312-943-0600 | ATTY FEE AND EXPENSES<br>PI CASE - o/c 10/19/2016 | | | | 14,290.57 | 23,209.43 |
| | | | Fees | 12,500.00 | 3210-000 | | | |
| | | | Expenses | 1,790.57 | 3220-000 | | | |
| 11/23/16 | 010002 | CONTESSA WILLIANS-HOLLAND<br>4621 N. Keystone Ave Apt 2<br>Chicago, IL 60630 | EXEMPTION CHECK<br>735 ILCS 5/12-1001(h)(4) | | 8100-000 | | 15,000.00 | 8,209.43 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 15.73 | 8,193.70 |

| | Deposits ($) | Disbursements ($) | Account Balance |
|---|---|---|---|
| COLUMN TOTALS | 37,500.00 | 29,306.30 | 8,193.70 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 37,500.00 | 29,306.30 | |
| Less:  Payments to Debtors | | 15,000.00 | |
| Net | 37,500.00 | 14,306.30 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******2904 | 37,500.00 | 14,306.30 | 8,193.70 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 37,500.00 | 14,306.30 | 8,193.70 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      37,500.00      29,306.30

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit B

| Case No: | 13-46546  -JSB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | WILLIAMS-HOLLAND, CONTESSA M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2904  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7098 | | |
| For Period Ending: | 01/12/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - *******2904

| | | | Page Subtotals | 0.00 | 0.00 |

Ver: 19.06c

LFORM24

| Page 1 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 12, 2017 |
|---|---|---|---|---|---|---|---|

Case Number:    13-46546

Debtor Name:    WILLIAMS-HOLLAND, CONTESSA M

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | | | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|---|---|
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br>Tax Id: 36-3557951 | Administrative | | | | $0.00 | $2,753.49 | $2,753.49 |
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br>Tax Id: 37-1501169 | Administrative | | | | $0.00 | $3,174.50 | $3,174.50 |
| 001<br>3210-00 | GOTTREICH & GRACE<br>EDIE HOLLAND<br>200 W SUPERIOIR ST<br>SUITE 210<br>CHICAGO IL 60654 | Administrative | 2221932904 | 11/22/16 | 10001 | $0.00 | $14,290.57<br>14,290.57 | $14,290.57 |
| 999<br>8200-00 | CONTESSA WILLIANS-HOLLAND<br>4621 N KEYSTONE AVE<br>APT 2<br>CHICAGO, IL 60630 | Unsecured | | | | $0.00 | $2,265.71 | $2,265.71 |
| | Case Totals: | | | | | $0.00 | $22,484.27 | $22,484.27 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-46546 JSB
Case Name: WILLIAMS-HOLLAND, CONTESSA M
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand                                          $            8,193.70

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $    2,753.49 | $    0.00 | $    2,753.49 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $    3,130.00 | $    0.00 | $    3,130.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $    44.50 | $    0.00 | $    44.50 |
| Other: GOTTREICH & GRACE | $    12,500.00 | $    12,500.00 | $    0.00 |
| Other: GOTTREICH & GRACE | $    1,790.57 | $    1,790.57 | $    0.00 |

Total to be paid for chapter 7 administrative expenses        $            5,927.99

Remaining Balance                                              $            2,265.71

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid _pro_ _rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $ 2,265.71 .