IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | No. 13-46546 |
| WILLIAMS-HOLLAND, CONTESSA M, ) | |
| ) | Hon. JANET S. BAER |
| ) | Chapter 7 |
| Debtor(s)        ) | |

CERTIFICATE OF SERVICE

    The undersigned attorney certifies that (s) he caused a copy of the foregoing Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon the United States Trustee, Debtor's attorney, and any others having registered, pursuant to Section II(B)(4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants, and on other parties by United States Mail deposited on or before January 17, 2017.

    /s/ Andrew J. Maxwell

    Andrew J. Maxwell (ARDC #1799150)
    **Maxwell Law Group, LLC**
    20 N. Clark Street, Suite 200
    Chicago, IL 60602
    312/368-1138

## SERVICE LIST

Americash
555 Torrence Avenue
Calumet City, IL 60409-3232

Arnoldharris
111 West Jackson B Ste 400
Chicago, IL 60604-4135

Bradley K. Sullivan
39 S LASALLE 718
Chicago, IL 60603-1621

Aarons Furniture
8013 South Cicero
Chicago, IL 60652-2003

Afni, Inc.
Po Box 3097
Bloomington, IL 61702-3097

Capital One Auto Finance
P.O. BOX 201347
ARLINGTON, TX 76006-1347

Capital One Auto Finan
3901 Dallas Pkwy
Plano, TX 75093-7864

Cci
P O Box 212609 Suite 110
Augusta, GA 30917-2609

Comcast
1255 W. North Ave
Chicago, IL 60642-1562

Cook County Hospital
1835 West Harrison
Chicago, IL 60612-3785

Dynia & Assoc.
4849 N. Milwaukee #801
Attn: Atty Fischer
Chicago, IL 60630-2680

Illinois Lending
408 N. Wells
Chicago, IL 60610

Ingalls Memorail Hospital
PO Box 5435 Dept 0028
Carol Stream, IL 60197-5435

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Peoples ene
130 E. Randolph Drive
Chicago, IL 60601-6207

Portfolio Recvry&Affil
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4962

Rac Acceptance
5501 Headquarters Dr
Plano, TX 75024-5837

Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161-0244

C O AMERICAN INFOSOURCE
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

West Suburban Hospital
P.O. Box
Carol Stream, IL 60197

T Mobile
P.O. Box 742596
Cincinnati, OH 45274