UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
WILLIAMS-HOLLAND, CONTESSA M   §   Case No. 13-46546 JSB
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 11,875.00<br>*(Without deducting any secured claims)* | Assets Exempt: 19,350.00 |
| Total Distributions to Claimants: 0.00 | Claims Discharged<br>Without Payment: 29,835.20 |
| Total Expenses of Administration: 20,234.29 | |

3) Total gross receipts of $ 37,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 17,265.71  (see **Exhibit 2**), yielded net receipts of $ 20,234.29  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 17,513.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 20,234.29 | 20,234.29 | 20,234.29 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,835.20 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 47,348.20 | $ 20,234.29 | $ 20,234.29 | $ 20,234.29 |

4) This case was originally filed under chapter 7 on 12/03/2013. The case was pending for 40 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/29/2017           By:/s/ANDREW J. MAXWELL, TRUSTEE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI CLAIM | 1242-000 | 37,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 37,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CONTESSA WILLIANS-HOLLAND | Exemptions | 8100-000 | 15,000.00 |
| CONTESSA WILLIANS-HOLLAND | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 2,265.71 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 17,265.71** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Auto Finan 3901 Dallas Pkwy Plano, TX 75093 | | 17,513.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 17,513.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 2,753.49 | 2,753.49 | 2,753.49 |
| ASSOCIATED BANK | 2600-000 | NA | 15.73 | 15.73 | 15.73 |
| MAXWELL LAW GROUP, LLC | 3110-000 | NA | 3,130.00 | 3,130.00 | 3,130.00 |
| MAXWELL LAW GROUP, LLC | 3120-000 | NA | 44.50 | 44.50 | 44.50 |
| EDIE HOLLAND | 3210-000 | NA | 12,500.00 | 12,500.00 | 12,500.00 |
| EDIE HOLLAND | 3220-000 | NA | 1,790.57 | 1,790.57 | 1,790.57 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 20,234.29 | $ 20,234.29 | $ 20,234.29 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aarons Furniture 8013 South Cicero Chicago, IL 60652 | | 1,200.00 | NA | NA | 0.00 |
| | Afni, Inc. Po Box 3097 Bloomington, IL 61702 | | 694.00 | NA | NA | 0.00 |
| | Afni, Inc. Po Box 3097 Bloomington, IL 61702 | | 68.00 | NA | NA | 0.00 |
| | Americash 555 Torrence Avenue Calumet City, IL 60409 | | 100.00 | NA | NA | 0.00 |
| | Arnoldharris 111 West Jackson B Suite 400 Chicago, IL 60604 | | 1,559.00 | NA | NA | 0.00 |
| | Cci P O Box 212609 Suite 110 Augusta, GA 30917 | | 587.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comcast 1255 W. North Ave Chicago, IL 60622-1562 | | 650.00 | NA | NA | 0.00 |
| | Cook County Hospital 1835 West Harrison Chicago, IL 60612 | | 800.00 | NA | NA | 0.00 |
| | Dynia & Assoc. 4849 N. Milwaukee #801 Attn: Atty Fischer Chicago, IL 60630 | | 5,273.20 | NA | NA | 0.00 |
| | Illinois Lending 408 N. Wells Chicago, IL 60610 | | 100.00 | NA | NA | 0.00 |
| | Ingalls Memorail Hospital Payment Processing Center PO Box 5435 Dept 0028 Carol Stream, IL 60197 | | 1,200.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 964.00 | NA | NA | 0.00 |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | 340.00 | NA | NA | 0.00 |
| | Portfolio Recvry&Affil 120 Corporate Blvd Ste 1 Norfolk, VA 23502 | | 545.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Rac Acceptance 5501 Headquarters Dr Plano, TX 75024 |  | 2,442.00 | NA | NA | 0.00 |
|  | Santander Consumer Usa Po Box 961245 Ft Worth, TX 76161 |  | 12,013.00 | NA | NA | 0.00 |
|  | T Mobile P.O. Box 742596 Cincinnati, OH 45274 |  | 500.00 | NA | NA | 0.00 |
|  | West Suburban Hospital P.O. Box Carol Stream, IL 60197 |  | 800.00 | NA | NA | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 29,835.20 | $ 0.00 | $ 0.00 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| | |
|---|---|
| Case No: 13-46546   JSB   Judge: JANET S. BAER | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: WILLIAMS-HOLLAND, CONTESSA M | Date Filed (f) or Converted (c): 12/03/13 (f) |
| | 341(a) Meeting Date: 01/22/14 |
| For Period Ending: 03/29/17 | Claims Bar Date: 06/08/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECHING ACCOUNT  Chase Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING  Chase Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING  Chase Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 4. Security Deposits  Security Deposit with landlord | 1,050.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods  Used Furiture | 500.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel  Used clothing | 400.00 | 0.00 | | 0.00 | FA |
| 7. Vehicles  2011 Ford Tauras (60,000 Miles) | 14,275.00 | 0.00 | | 0.00 | FA |
| 8. PI CLAIM (u)  Unscheduled Personal Injury Case | 0.00 | 37,500.00 | | 37,500.00 | FA |

TOTALS (Excluding Unknown Values)    $16,225.00    $37,500.00    $37,500.00

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

_____
Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TDR IN PROGRESS
TFR FILED 1.13.17 HEARING 2.14.17

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 19.07a

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

| | |
|---|---|
| Case No: 13-46546 JSB Judge: JANET S. BAER | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: WILLIAMS-HOLLAND, CONTESSA M | Date Filed (f) or Converted (c): 12/03/13 (f) |
| | 341(a) Meeting Date: 01/22/14 |
| | Claims Bar Date: 06/08/16 |

TFR submitted to UST 1/6/2017

Motion to approve settlement filed 9.27.16, noticed for 10.19.16 (granted 10/19 waiting for funds)

special counsel trying to resolve of tort case 3-16

initial report of assets filed 2-16; only asset known is the PI case

reopened by UST late Dec 2015 to administer unscheduled PI case

special counsel employed by estate to pursue PI case

this was a case reopened 12/29/2015 to administer an unscheduled tort claim

Initial Projected Date of Final Report (TFR): 03/31/17     Current Projected Date of Final Report (TFR): 03/31/17

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 13-46546 -JSB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | WILLIAMS-HOLLAND, CONTESSA M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2904 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7098 | | |
| For Period Ending: | 03/29/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/18/16 | 8 | EMC INSURANCE<br>1815 S MEYERS RD STE 500<br>OAKBROOK TERRACE IL 60181 | PI CASE FUNDS | 1242-000 | 37,500.00 | | 37,500.00 |
| 11/22/16 | 010001 | Edie Holland<br>GOTTREICH & GRACE<br>200 W. Superior Street, Suite 210<br>Chicago, IL 60654<br>312-943-0600 | ATTY FEE AND EXPENSES<br>PI CASE - o/c 10/19/2016 | | | 14,290.57 | 23,209.43 |
| | | | Fees 12,500.00 | 3210-000 | | | |
| | | | Expenses 1,790.57 | 3220-000 | | | |
| 11/23/16 | 010002 | CONTESSA WILLIANS-HOLLAND<br>4621 N. Keystone Ave Apt 2<br>Chicago, IL 60630 | EXEMPTION CHECK<br>735 ILCS 5/12-1001(h)(4) | 8100-000 | | 15,000.00 | 8,209.43 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.73 | 8,193.70 |
| 02/14/17 | 010003 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | Trustee compensation<br>o/c 02/14/2017 | 2100-000 | | 2,753.49 | 5,440.21 |
| 02/14/17 | 010004 | MAXWELL LAW GROUP, LLC<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | attorneys fees and expenses<br>o/c 02/14/2017 | | | 3,174.50 | 2,265.71 |
| | | | Fees 3,130.00 | 3110-000 | | | |
| | | | Expenses 44.50 | 3120-000 | | | |
| 02/14/17 | 010005 | CONTESSA WILLIANS-HOLLAND<br>4621 N KEYSTONE AVE<br>APT 2<br>CHICAGO, IL 60630 | surplus to debtor | 8200-002 | | 2,265.71 | 0.00 |

Page Subtotals 37,500.00 37,500.00

Ver: 19.07a

LFORM24
UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| | |
|---|---|
| Case No: | 13-46546 -JSB |
| Case Name: | WILLIAMS-HOLLAND, CONTESSA M |
| Taxpayer ID No: | *******7098 |
| For Period Ending: | 03/29/17 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2904  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 37,500.00 | 37,500.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 37,500.00 | 37,500.00 | |
| | | | Less: Payments to Debtors | | | 17,265.71 | |
| | | | Net | | 37,500.00 | 20,234.29 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account (Non-Interest Earn - *******2904 | | 37,500.00 | 20,234.29 | 0.00 |
| | | | | | 37,500.00 | 20,234.29 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00        0.00

Ver: 19.07a